WILLIAM J. CAMPBELL *v.* THEODORA CASALE
(14315)

Foti, Heiman and Cretella, Js.

Argued December 13, 1995—decision released March 12, 1996

*Grant Fondo*, with whom, on the brief, were *Brendan T. Flynn*, and *Robert L. Hirtle*, for the appellant (defendant).

*Peter N. Buzaid*, assistant corporation counsel, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.